1552-14

# ELECTRONIC RECORD

COA # 05-13-00121-CR        OFFENSE: 22.04

STYLE: Tina Marie Alberson v. The State of Texas        COUNTY: Dallas

COA DISPOSITION:        AFFIRM        TRIAL COURT: 363rd Judicial District Court

DATE: 11/6/2014        Publish: NO   TC CASE #:        F-11-59105-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Tina Marie Alberson v. The State of Texas        CCA #: 1552-14

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:        CCA Disposition: _____

_____REFUSED_____        DATE: _____

DATE: 03/18/2015        JUDGE: _____

JUDGE: Per Curiam        SIGNED: _____        PC: _____

        PUBLISH: _____        DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD